

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Juan Valles, | § | No. 08-16-00132-CV |
| Appellant, | § | Appeal from the |
| v. | § | 30th District Court |
| Sandra Baker, Alissa M. Uribe and Kim Cole, | § | of Wichita County, Texas |
| | § | (TC# 183,353-A) |
| Appellees'. | § | |
| | § | |

**O R D E R**

Pending before the Court is Appellant's motion for default judgment on the ground that the Appellees failed to file a brief. The Rules of Appellate Procedure do not authorize the granting of a default judgment in favor of the appellant even if the appellee fails to file its brief. Further, the Court granted Appellees' motion for an extension of time to file their brief, and the brief was timely filed on January 6, 2017. Appellant's motion for a default judgment is DENIED.

IT IS SO ORDERED this 7th day of February, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.